IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>                            Plaintiff,<br><br>  vs.<br><br>DAWN, LLC, an Arizona limited liability company, d/b/a Mainstay Suites,<br><br>                          Defendant. | No. 2:17-cv-4614-HRH |

O R D E R

Notice of Dismissal

The parties have settled this case.[1]  In furtherance of the court's minute order of April 17, 2017,[2] the parties not having filed closing papers or a status report, the court now assumes that the parties have carried out the terms of their settlement agreement, and plaintiff's complaint is dismissed with prejudice in furtherance of the parties' settlement agreement.

DATED at Anchorage, Alaska, this  30th  day of April, 2018.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 14.

[2]Docket No. 16.